**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| Marvin Barley, | Case No. 3:16-cv-00067-KC |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Hunter Warfield, Inc., | |
| Defendant. | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty-five days.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

Date: May 24, 2016

By:   s/ Jeffrey S. Hyslip____
Jeffrey S. Hyslip
Ohio Bar No. 0079315
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Phone: 312-380-6110
Fax: 312-361-3509
Email: jeffrey@lifetimedebtsolutions.com
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 24, 2016, I electronically filed the foregoing Notice.  Service of this filing will be made by the Plaintiff's Counsel upon the following:

Charles Boarman
General Counsel
Hunter Warfield, Inc.
4620 Woodland Corporate Blvd.
Tampa, FL 33614
cboarman@hunterwarfield.com

*Counsel for Defendant*

<u>s/ Jeffrey S. Hyslip</u>