IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARVIN BARLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-16-CV-67-KC |
| | § | |
| HUNTER WARFIELD, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered Plaintiff's Notice of Dismissal with Prejudice, ECF No. 5, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of Plaintiff's Notice of Dismissal with Prejudice, it is hereby

**ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all costs of court and attorneys' fees shall be paid by the party incurring same.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 29th day of July, 2016.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE